Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−17880−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Albert J. DiCARLO
   15 Sheep Hill Road
   Boonton, NJ 07005

Social Security No.:
   xxx−xx−8285

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/18/2019 and a confirmation hearing on such Plan has been scheduled for 6/6/2019.

The debtor filed a Modified Plan on 5/7/2019 and a confirmation hearing on the Modified Plan is scheduled for 6/6/2019 at 8:30am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 9, 2019
JAN: rh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-17880-VFP
Albert J. DiCARLO                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: May 09, 2019
                              Form ID: 186             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db              +Albert J. DiCARLO,    15 Sheep Hill Road,    Boonton, NJ 07005-8905
518190429       +Anesthesia Associates of Morristown, PA,     PO Box 24002,    Newark, NJ 07101-0410
518190431       +Dave Wilson,    807 Cedar Street, Unit 2,    Boonton, NJ 07005-1566
518190432       +Dawn M. Casey,    15 Sheep Hill Road,    Boonton, NJ 07005-8905
518190434       +Gem Recovery Systems,    90 Kinderkamack Road,    Westwood, NJ 07675-3022
518190435       +Summit Medical Group,    1 Diamond Hill Road,    Berkeley Heights, NJ 07922-2104
518190436       +The Bank of New York Mellon/Mr. Cooper,     KLM Law Group, PC,    216 Haddon Avenue, Suite 406,
                  Westmont, NJ 08108-2812
518190437        Wilmington Savings Fund Society, FSB,     Attn. McCalla,Raymer,Leibert,Pierce, LLC,
                  485F US Highway 1S, Suite 300,    Iselin, NJ 08830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 09 2019 23:53:59      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 09 2019 23:53:57      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518190430        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 10 2019 00:01:26
                  Capital One Bank (USA), N.A.,    Attn. Bankruptcy Department,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518190433*      +Dawn M. Casey,    15 Sheep Hill Road,    Boonton, NJ 07005-8905
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
          John A. Lipowski    on behalf of Debtor Albert J. DiCARLO jal1001@aol.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS
           REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4