| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Marie-Ann Greenberg   MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br>   ALBERT J. DICARLO | <br><br>Order Filed on June 14, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  19-17880<br><br>Hearing Date:  06/06/2019<br><br>Judge:  VINCENT F. PAPALIA |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: June 14, 2019

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s):  ALBERT J. DICARLO

Case No.:  19-17880VFP

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 06/06/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 6/6/2019 of the plan filed on 05/07/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 06/27/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.