Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 19−17880−VFP
                        Chapter: 13
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Albert J. DiCARLO
   15 Sheep Hill Road
   Boonton, NJ 07005

Social Security No.:
   xxx−xx−8285

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                8/1/19
Time:              08:30 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 1, 2019
JAN: rh

                                      Jeanne Naughton
                                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-17880-VFP
Albert J. DiCARLO                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jul 01, 2019
                              Form ID: 132             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2019.
```
db          +Albert J. DiCARLO,    15 Sheep Hill Road,    Boonton, NJ 07005-8905
cr          +Wilmington Savings Fund Society, FSB, d/b/a Christ,    15480 Laguna Canyon Road,    Suite 100,
              Irvine, CA 92618-2132
518238696   +Anesthesia Associates of Morristown,    c/o Gem Recovery Systems,
              800 Kinderkamack Road, Suite 206N,    Oradell, NJ 07649-1554
518190429   +Anesthesia Associates of Morristown, PA,    PO Box 24002,    Newark, NJ 07101-0410
518190431   +Dave Wilson,    807 Cedar Street, Unit 2,    Boonton, NJ 07005-1566
518190432   +Dawn M. Casey,    15 Sheep Hill Road,    Boonton, NJ 07005-8905
518190434   +Gem Recovery Systems,    90 Kinderkamack Road,    Westwood, NJ 07675-3022
518319995   +Reverse Mortgage Solutions, Inc.,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
518190435   +Summit Medical Group,    1 Diamond Hill Road,    Berkeley Heights, NJ 07922-2104
518316287    The Bank of New York Mellon, et al,    c/o Bank of America, N.A.,    PO Box 31785,
              Tampa, FL 33631-3785
518190436   +The Bank of New York Mellon/Mr. Cooper,    KLM Law Group, PC,    216 Haddon Avenue, Suite 406,
              Westmont, NJ 08108-2812
518190437    Wilmington Savings Fund Society, FSB,    Attn. McCalla,Raymer,Leibert,Pierce, LLC,
              485F US Highway 1S, Suite 300,    Iselin, NJ 08830
518324175   +Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Rushmore Loan Management Services,
              PO Box 55004,    Irvine, CA 92619-5004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 02 2019 01:09:43     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 02 2019 01:09:40     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518190430    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 02 2019 01:13:55
              Capital One Bank (USA), N.A.,    Attn. Bankruptcy Department,    PO Box 30285,
              Salt Lake City, UT 84130-0285
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Reverse Mortgage Solutions, INC.,    Robertson, Anschutz & Schneid, P. L.,
              6409 Congress Avenue, suite 100,    Boca Raton, FL 33487-2853
518190433*  +Dawn M. Casey,    15 Sheep Hill Road,    Boonton, NJ 07005-8905
                                                                                   TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS
               REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John A. Lipowski    on behalf of Debtor Albert J. DiCARLO jal1001@aol.com
              Laura M. Egerman    on behalf of Creditor    Reverse Mortgage Solutions, INC. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS
               REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI rsolarz@kmllawgroup.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jul 01, 2019
                               Form ID: 132             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Rushmore Loan Management Services dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                     TOTAL: 7